**United States Court of Appeals**

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 09, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

RE:  19-3618  United States v. Daniel Lewis Lee

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

An order appointing your office to represent appellant will be sent under separate Notice of Docket Activity. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Ali Ahmad
Ms. Amy Gershenfeld Donnella
Mr. Michael S. Gordon
Mr. Daniel Lewis Lee
Mr. Jim McCormack
Mr. Morris H. Moon
Mr. John Michael Pellettieri

District Court/Agency Case Number(s): 4:97-cr-00243-KGB-02

Appellate Case: 19-3618    Page: 2    Date Filed: 12/09/2019 Entry ID: 4859607

**Caption For Case Number:   19-3618**

United States of America

       Plaintiff - Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

       Defendant - Appellee

Appellate Case: 19-3618     Page: 3     Date Filed: 12/09/2019 Entry ID: 4859607

**Addresses For Case Participants:   19-3618**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Ali Ahmad
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Ms. Amy Gershenfeld Donnella (INFORMATION ONLY)
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
301-344-0600
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000