19-3618  United States v. Daniel Lewis Lee

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/09/2019

**Case Name:**   United States v. Daniel Lewis Lee
**Case Number:**  19-3618

**Docket Text:**
CRIMINAL case docketed. [4859607] [19-3618]

**The following document(s) are associated with this transaction:**
Document Description:  ProSe Docketing Letter
Document Description:  html notice of docket activity (generated 12/09/2019 10:54:00)
Document Description:  plain text notice of docket activity (generated 12/09/2019 10:54:00)

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

**Notice will be electronically mailed to:**

Mr. Ali Ahmad: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Amy Gershenfeld Donnella: Amy_Donnella@fd.org,
amyzoegd@aol.com,susan_hart@fd.org,tina_decandia@fd.org
Mr. Michael S. Gordon: Michael.Gordon@usdoj.gov,
sonya.jeffords2@usdoj.gov,stephanie.mazzanti@usdoj.gov,john.webster@usdoj.gov
Mr. George Gust Kouros: George_Kouros@fd.org
Mr. Jim McCormack: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov