# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)

_____

## ORDER

IT IS ORDERED that the Federal Public Defender for the Federal Capital Habeas Project

is hereby appointed to continue to represent the above named appellant in all matters pertaining

to this action before this Court.

December 09, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans