# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)
_____

## ORDER

The following briefing schedule is established for this appeal:

| | |
|---|---|
| Appellant's Brief: | December 24, 2019 |
| Appellee's Brief: | January 7, 2020 |
| Reply Brief: | January 13, 2020 |

It is further ordered that the matter is scheduled for oral argument before Judges

Colloton, Kelly, and Erickson at 3:00 p.m. on January 16, 2020, in St. Louis, in Division II.

December 10, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans