# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: _United States_ vs._Daniel Lewis Lee_

**The Clerk will enter my appearance as Counsel in Appeal No.** _19-3618_ for the following party(s): (please specify)

> United States

☑ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _John M. Pellettieri_ s/: _John M. Pellettieri_

Firm Name: _U.S. Department of Justice, Criminal Division, Appellate Section_

Business Address: _950 Pennsylvania Ave., N.W., Rm. 1258_

City/State/Zip: _Washington, D.C. 20530_

Telephone Number (Area Code): _(202) 307-3766_

Email Address: _john.pellettieri@usdoj.gov_

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on _12/20/19_, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: