# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Mr. John Michael Pellettieri
Mr. Ali Ahmad
Ms. Amy Gershenfeld Donnella
Mr. Michael S. Gordon
Mr. George Gust Kouros
Mr. Morris H. Moon

**FROM:** Amanda M. Trautt

**DATE:** January 03, 2020

**RE:** 19-3618  United States v. Daniel Lewis Lee

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X_ The addendum filed on the docket is not included in your paper brief. Please send 10 bound copies of the addendum with Blue Covers to the court. Bound copies of the paper addendum are due 01/08/2020.