

**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

January 21, 2020

Honorable Michael E. Gans
Clerk, U.S. Court of Appeals
 for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

     Re:   *United States v. Daniel Lewis Lee*, No. 19-3618

Dear Mr. Gans:

     At oral argument in the above-referenced case on January 16, 2020, the Court suggested that the parties consider whether the case could we resolved through a stipulation between the parties. The parties have conferred, and the government has concluded that the case cannot be resolved in that manner.

        Respectfully submitted,

        /s/John M. Pellettieri
        John M. Pellettieri
        U.S. Department of Justice
        Criminal Division, Appellate Section
        950 Pennsylvania Avenue, NW
        Room 1258
        Washington, DC 20530
        (202) 307-3766

cc:    George G. Kouros
       Morris H. Moon