# FEDERAL CAPITAL HABEAS PROJECT

JAMES WYDA
FEDERAL PUBLIC DEFENDER

RUTH E. FRIEDMAN
DIRECTOR, FEDERAL CAPITAL HABEAS PROJECT

GEORGE G. KOUROS
STAFF ATTORNEY

April 8, 2020

Honorable Michael E. Gans
Clerk, U.S. Court of Appeals
    for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

> **Re:** *United States v. Daniel Lee*, Case No. 19-3618

Dear Mr. Gans:

We are in receipt of the Government's 28(j) letter informing this Court of a ruling yesterday in the case of *In re Federal Bureau of Prisons' Execution Protocol Cases,* No. 19-5322 (D.C. Cir. Apr. 7, 2020). Although the Government advised the Court that the panel majority of the United States Court of Appeals for the District of Columbia vacated the preliminary injunction issued by the district court, it neglected to inform you that the panel simultaneously and *sua sponte* withheld issuance of its mandate, thus effectively keeping the injunction in place. Moreover, while opposing counsel attached the opinion and judgment to its letter, he also neglected to attach the order withholding the mandate. That order is attached here.


Very truly yours,

/s/ George G. Kouros
George G. Kouros
Counsel for Daniel Lee

Cc: John M. Pellettieri, Esq.


OFFICE OF THE FEDERAL PUBLIC DEFENDER, DISTRICT OF MARYLAND
CHICAGO OFFICE, 55 E. MONROE STREET, SUITE 2800, CHICAGO, IL 60603, TEL: 301.821.0855, FAX: 301.344.0019

Appellate Case: 19-3618    Page: 1    Date Filed: 04/08/2020 Entry ID: 4900412

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5322**                                              **September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On: April 7, 2020** [1837015]

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

------------------------------

James H. Roane, Jr., et al.,

        Appellees

    v.

William P. Barr, Attorney General, et al.,

        Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk