

*Washington, D.C. 20530*

May 26, 2020

Honorable Michael E. Gans
Clerk, U.S. Court of Appeals
 for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

      Re:    *United States v. Daniel Lewis Lee*, No. 19-3618

Dear Mr. Gans:

Oral argument in the above-referenced case took place on January 16, 2020. The government submits this letter in accordance with Federal Rule of Appellate Procedure 28(j) to inform the Court of additional developments in related litigation in which defendant Daniel Lee challenges the government's execution protocol.

As the government noted in a previous letter, the D.C. Circuit vacated a preliminary injunction that the district court in the execution-protocol litigation had entered barring Lee's execution. *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-5322 (D.C. Cir. Apr. 7, 2020). The D.C. Circuit subsequently denied Lee's petition for rehearing en banc, *see* Attach. A at 1, and the court has determined that it will issue its mandate on June 8, 2020, *see* Attach. B. Judge Tatel attached a statement to the court's order denying rehearing en banc explaining that although he thought the case was "en banc worthy," he did not call for an en banc vote because "given that the Supreme Court directed this court to proceed 'with appropriate dispatch,'" he agreed with the government that the court's review "'should be concluded without delay.'" Attach. A at 2 (first quotation to *Barr v. Roane*, 140 S. Ct. 353 (2019); second quotation to the government's brief in opposition to the petition for rehearing en banc).

The government respectfully requests that this Court similarly resolve the present case with appropriate dispatch so that the government may, depending on how the Court rules, either move forward with Lee's execution or seek further appellate review.

Respectfully submitted,

/s/John M. Pellettieri

John M. Pellettieri
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Room 1258
Washington, DC 20530
(202) 307-3766

cc:     George G. Kouros (via ECF)
        Morris H. Moon (via ECF)

2

# Attachment A

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5322**

**September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On:** May 15, 2020

In re: Federal Bureau of Prisons' Execution
Protocol Cases,

-----------------------------

James H. Roane, Jr., et al.,

      Appellees

    v.

William P. Barr, Attorney General, et al.,

      Appellants

**BEFORE:**    Srinivasan*, Chief Judge; Henderson, Rogers, Tatel**, Garland, Griffith, Millett, Pillard, Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

* Chief Judge Srinivasan did not participate in this matter.

** A statement by Circuit Judge Tatel is attached.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5322**                                    **September Term, 2019**

      TATEL, *Circuit Judge*: Even though I believe this case is en banc worthy, I did not call for a vote because, given that the Supreme Court directed this court to proceed "with appropriate dispatch," <u>Barr v. Roane</u>, 140 S. Ct. 353 (2019), I agree that "[our] review should be concluded without delay," Opp'n to Pet. for Reh'g En Banc 15.

Appellate Case: 19-3618     Page: 5     Date Filed: 05/26/2020 Entry ID: 4916609

# Attachment B

Appellate Case: 19-3618    Page: 6    Date Filed: 05/26/2020 Entry ID: 4916609

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5322**                                   **September Term, 2019**

**1:19-mc-00145-TSC**

**Filed On:** May 22, 2020

In re: In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

-----------------------------

James H. Roane, Jr., et al.,

       Appellees

     v.

William P. Barr, Attorney General, et al.,

       Appellants

**BEFORE:**    Tatel, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of plaintiffs-appellees' motion to stay issuance of the mandate, the opposition thereto, and the reply, it is

**ORDERED** that the Clerk is directed to issue the mandate on June 8, 2020.

### Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

         BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that counsel for appellee Daniel Lewis Lee is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/s/John M. Pellettieri____
JOHN M. PELLETTIERI
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
Room 1258
Washington, DC 20530
(202) 307-3766