# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 01, 2020

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE:  19-3618  United States v. Daniel Lewis Lee

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was John Michael Pellettieri, USDOJ, of Washington, DC. The following attorney(s) appeared on the appellant brief;  John Michael Pellettieri, USDOJ, of Washington, DC.

Counsel who presented argument on behalf of the appellee was George Gust Kouros, AFPD, of Greenbelt, MD. The following attorney(s) appeared on the appellee brief;  Morris H. Moon, AFPD, of Greenbelt, MD.,  George Gust Kouros, AFPD, of Greenbelt, MD.

The judge who heard the case in the district court was Honorable Kristine G. Baker. The judgment of the district court was entered on December 6, 2019.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:  MO Lawyers Weekly

District Court/Agency Case Number(s):  4:97-cr-00243-KGB-02