# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 19-3618

———————————

United States of America

Plaintiff - Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Defendant - Appellee

———————————————————————————————————————————

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)

———————————————————————————————————————————

## JUDGMENT

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the District Court's order of December 6, 2019 is vacated in accordance with the opinion of this Court.

June 01, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

———————————————————————————

/s/ Michael E. Gans