

**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

June 15, 2020

Honorable Michael E. Gans
Clerk, U.S. Court of Appeals
 for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

      Re:    *United States v. Daniel Lewis Lee*, No. 19-3618

Dear Mr. Gans:

The Court entered judgment in the above-referenced appeal on June 1, 2020, vacating the district court's order staying the execution of defendant Daniel Lewis Lee. The government writes to inform the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Daniel Lewis Lee, in accordance with 28 C.F.R. Part 26, to take place on July 13, 2020.

           Respectfully submitted,

           /s/John M. Pellettieri
           John M. Pellettieri
           U.S. Department of Justice
           Criminal Division, Appellate Section
           950 Pennsylvania Avenue, NW
           Room 1258
           Washington, DC 20530
           (202) 307-3766

cc:    George G. Kouros (via ECF)
       Morris H. Moon (via ECF)