# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,    )
    )
    )
v.    )    Case No. 19-3618
    )    (Capital Case)
    )
DANIEL LEWIS LEE.    )

## EMERGENCY MOTION TO EXPEDITE IMMEDIATE ISSUANCE OF MANDATE

Federal Rule of Appellate Procedure 41(b) provides that, while the mandate normally issues seven days after a petition for rehearing en banc is addressed, "the court may shorten or extend the time by order." The government hereby moves for immediate issuance of the mandate. All parties have proceeded on the assumption that the stay was no longer in effect after the Court issued its judgment, which is why there was litigation in the Supreme Court until early this morning in the execution-protocol litigation in the United States District Court for the District of Columbia. The Supreme Court vacated the preliminary injunction so that Lee's execution could proceed as planned.

Respectfully submitted,

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766

Dated: July 14, 2020

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system on July 14, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766