IN THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,    )
        )
        )
        v.        )        Case No. 19-3618
        )        (Capital Case)
        )
DANIEL LEWIS LEE.    )

## REPLY IN FURTHER SUPPORT OF EMERGENCY MOTION TO EXPEDITE IMMEDIATE ISSUANCE OF MANDATE

This Court vacated the stay order issued by the district court and entered judgment on June 1, 2020. The stay order was therefore no longer operative as of that date and the United States was therefore permitted at that point to proceed with Lee's execution. In fact, the parties proceeded under the (correct) understanding that the stay order was no longer in effect as of this Court's June 1, 2020, judgment. Lee has filed several motions in the district court and in this Court since that date, and also after the United States set July 13, 2020, for the date of execution, and Lee never claimed that the district court's stay order precluded the execution from going forward on that date until this morning, after the Supreme Court vacated the preliminary injunction issued in the United States District Court for the District of Columbia. In addition, Lee's petition for rehearing en banc, which was filed this morning, does not challenge the Court's judgment vacating the

Appellate Case: 19-3618    Page: 1    Date Filed: 07/14/2020 Entry ID: 4933199

stay and instead contends that the district court erred, after vacatur of the stay order, when it then denied the motion that initially precipitated the stay order. Lee has not even issued a notice of appeal from that order (Dkt. 1404), which was issued on July 2, 2020, well after this Court vacated the district court's stay order. The United States nonetheless has moved the Court for expedited issuance of the mandate out of an abundance of caution because Lee erroneously claimed for the first time early this morning that the stay order is still in effect and bars his execution because the mandate has not yet issued. Federal Rule of Appellate Procedure 41(b) permits this Court to shorten the time for issuance of the mandate.

Respectfully submitted,

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766

Dated: July 14, 2020

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system on July 14, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766