# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)

_____

## ORDER

The petition for rehearing en banc has been considered and is denied. The petition for rehearing by the panel is also denied.

Judge Kelly would grant the petition for rehearing en banc and would grant the petition for rehearing by the panel.

Judge Loken and Judge Stras did not participate in the consideration of this petition for rehearing en banc.

July 14, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans