# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)
_____

## ORDER

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

The government's emergency motion to expedite immediate issuance of the mandate is granted. The mandate shall issue forthwith.

Judge Kelly would deny the emergency motion.

July 14, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans