# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET


**DATE:**        July 22, 2020

RE:        19-3618  United States v. Daniel Lewis Lee

**TO:**        Jim McCormack

**FROM:**        James J. Foster


Enclosed are the following records for return to your office:

Original file:                Transcript: 51 vols.

Deposition:                Sealed:

Exhibits:

Other:


[x]  Case closed                [ ]  Counsel appointed

[ ]  Per your request                [ ]  Return to this office


Enclosure(s)

        District Court/Agency Case Number(s):   4:97-cr-00243-KGB-02

JJF